FRED BROOKS et al., Respondents, *v.* ROBERT WHEELER, Appellant.

*Real property — easements — action to enjoin obstruction of right of way.*

Brooks v. Wheeler, 222 App. Div. 771, affirmed.
(Argued May 10, 1928; decided May 29, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1928, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury. The action was to enjoin the obstruction of a right of way between the plaintiffs' farm and the highway. (See 243 N. Y. 28.)

*Joseph A. McCabe* and *John E. Mack* for appellant.
*Elijah T. Russell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.